UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.   04-11807 MLW

|  |  |
|---|---|
| AT&T WIRELESS SERVICES OF MASSACHUSETTS, INC., d/b/a AT&T WIRELESS, and EASTERN TOWERS, LLC, <br>                                           Plaintiffs, <br> v. <br> TOWN OF WAYLAND, MASSACHUSETTS, BOARD OF APPEALS of the TOWN OF WAYLAND and JAMES E. GRUMBACH, ERIC B. GOLDBERG, STEVEN FUGARAZZO, LAWRENCE K. GLICK, SUSAN KOFFMAN, SHAUNT SORIAN, ADIA GENNIS, LINDA SEGAL, as they are members and alternate members of the Board, <br>                                           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**AFFIDAVIT OF SERVICE**

I, Douglas H. Wilkins, state on oath as follows:

1.  I am a partner at Anderson & Kreiger, LLP, counsel for the plaintiff in this action. I have personal knowledge of the matters stated in this affidavit.

2.  I have caused notice to be served upon each of the defendants in the manner prescribed by Fed. R. Civ. P. 4(e) and (j)(2) and G.L. c. 40A, § 17.

3.  On August 27, 2004, I caused notice to be served on each of the named defendants by mailing a copy of the Summons and a copy of the Complaint by certified mail, return receipt requested, to the following addresses:

<u>Certified Mail, R.R.R.</u>
<u>No. 7004 0750 0003 3608 0885</u>
Town of Wayland
Town Building
41 Cochituate Road,
Wayland, MA 01778

<u>Certified Mail, R.R.R.</u>
<u>No. 7004 0750 0003 3608 0793</u>
Board of Appeals
Town of Wayland, Town Building
41 Cochituate Road,
Wayland, MA 01778

<u>Certified Mail, R.R.R.</u>
<u>No. 7004 0750 0003 3608 0809</u>
James E. Grumbach
7 Winthrop Road
Wayland, MA 01778

<u>Certified Mail, R.R.R.</u>
<u>No. 7004 0750 0003 3608 0816</u>
Eric B. Goldberg
211 West Plain Street
Wayland, MA 01778

<u>Certified Mail, R.CR.R.</u>
<u>No. 7004 0750 0003 3608 0823</u>
Steven Fugarazzo
17 Maguire Road
Wayland, MA 01778

<u>Certified Mail, R.R.R.</u>
<u>No. 7004 0750 0003 3608 0830</u>
Lawrence K. Glick
35 Brooks Road
Wayland, MA 01778

<u>Certified Mail, R.R.R.</u>
<u>No. 7004 0750 0003 3608 0847</u>
Susan Koffman
66 Shermons Bridge Rd.
Wayland, MA 01778

<u>Certified Mail, R.R.R.</u>
<u>No. 7004 0750 0003 3608 0854</u>
Shaunt Sorian
9 Matthews Dr.
Wayland, MA 01778

<u>Certified Mail, R.R.R.</u>
<u>No. 7004 0750 0003 3608 0861</u>
Adia Gennis
22 Wayland Hills Rd.
Wayland, MA 01778

<u>Certified Mail, R.R.R.</u>
<u>No. 7004 0750 0003 3608 0878</u>
Linda Segal
9 Aqueduct Rd.
Wayland, MA 01778

4. Receipts for Certified Mail are attached as Exhibit A.

5. Proof of receipt cards, received to date, are attached as Exhibit B.

6. Original summonses are attached as Exhibit C.

Signed under the penalties of perjury on this 7th day of _____, 2004

Douglas H. Wilkins