AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

AT&T WIRELESS SERVICES OF MASSACHUSETTS, INC.
d/b/a AT&T WIRELESS and EASTERN TOWERS, LLC

**SUMMONS IN A CIVIL ACTION**

V.

TOWN OF WAYLAND, MASSACHUSETTS,
BOARD OF APPEALS of the TOWN OF WAYLAND
JAMES E. GRUMBACH, ERIC B. GOLDBERG,   CASE NUMBER:
STEVEN FUGARAZZO, LAWRENCE K. GLICK
SUSAN KOFFMAN, SHAUNT SORIAN
AIDA GENNIS, LINDA SEGAL, as they are
members and alternate members of the Board

**04-11807 MLW**

TO: (Name and address of Defendant)

Town of Wayland
Town Building
41 Cochituate Road
Wayland, MA 01778

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas H. Wilkins, Esq.
Anderson & Kreiger, LLP
43 Thorndike Street
Cambridge, MA 02141

an answer to the complaint which is served on you with this summons, within **Twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                        8/19/04

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE **August 27, 2004** |
| NAME OF SERVER *(PRINT)* **Douglas H. Wilkins** | TITLE **Attorney for Plaintiff** |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):     By Certified Mail, Return Receipt Requested.
                       See attached Affidavit of Service.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **September 7, 2004**
                    Date

Signature of Server **Douglas H. Wilkins**
Anderson & Kreiger, LLP
43 Thorndike Street
Cambridge, MA 02141
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.