UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED 

C.A. NO. 04-11807-MLW

U.S. DISTRICT COURT
DISTRICT OF MASS

AT&T WIRELESS SERVICES OF
MASSACHUSETTS, INC., d/b/a AT&T
WIRELESS, and EASTERN TOWERS, LLC,

    Plaintiffs

v.

TOWN OF WAYLAND, MASSACHUSETTS,
BOARD OF APPEALS OF THE TOWN OF
WAYLAND and JAMES E. GRUMBACH,
ERIC B. GOLDBERG, STEVEN
FUGARAZZO, LAWRENCE K. GLICK,
SUSAN KOFFMAN, SHAUNT SORIAN,
ADIA GENNIS, LINDA SEGAL, as they are
members and alternate members of the Board,

    Defendants

DEFENDANTS' ASSENTED TO
MOTION TO ENLARGE TIME TO
RESPOND TO COMPLAINT

    Now come the defendants and pursuant to Fed. R. Civ. P. 6, hereby move that the Court enlarge the time for the filing of the defendants' response to the Complaint until September 30, 2004. The plaintiffs have assented to this motion.

## MEMORANDUM OF REASONS

    As grounds for their Motion to Enlarge Time to Respond to the Complaint, the defendants state the following:

    1.    The Complaint is very lengthy, consisting of one hundred and seven (107) paragraphs and refers to previous litigation involving the defendants.

    2.    The additional time requested by the defendants' counsel is necessitated because attorney Patricia Cantor, who will be the primary attorney handling this matter, and who

represented the defendants in the litigation referred to in the Complaint, will be out of the office until September 13, 2004. The Answer is due on September 16, 2004, and attorney Cantor will not have sufficient time to confer with her clients or prepare a meaningful response to the Complaint.

3. The defendants therefore request additional time to file a response to the Complaint.

WHEREFORE, the defendants respectfully request, with the assent of the plaintiffs, that this Court allow their Motion to Enlarge Time to Respond to Complaint, up to and including September 30, 2004.

DEFENDANTS TOWN OF WAYLAND,
MASSACHUSETTS, AND BOARD OF APPEALS
OF THE TOWN OF WAYLAND, ET AL

By their attorneys,

_____
Joel B. Bard (BBO# 029140)
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

Assented To:

PLAINTIFFS AT&T WIRELESS SERVICES
OF MASSACHUSETTS, INC., ET AL

By their attorneys,

_____
Stephen D. Anderson (BBO#018700)
Douglas H. Wilkins (BBO#52800)
Brian S. Grossman (BBO#641159)
Anderson & Kreiger LLP
43 Thorndike Street
Cambridge, MA 02141
(617) 252-6575

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 9/10/04
_____

230479/WAYL/

2