UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 SEP... NO. 04-11807-MLW

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| AT&T WIRELESS SERVICES OF MASSACHUSETTS, INC., d/b/a AT&T WIRELESS, and EASTERN TOWERS, LLC,<br><br>Plaintiffs<br><br>v.<br><br>TOWN OF WAYLAND, MASSACHUSETTS, BOARD OF APPEALS OF THE TOWN OF WAYLAND and JAMES E. GRUMBACH, ERIC B. GOLDBERG, STEVEN FUGARAZZO, LAWRENCE K. GLICK, SUSAN KOFFMAN, SHAUNT SORIAN, ADIA GENNIS, LINDA SEGAL, as they are members and alternate members of the Board,<br><br>Defendants | LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE |

Now comes the undersigned defense counsel, and hereby certifies he conferred, via telephone with the plaintiffs' counsel of record on September 9, 2004, in a good faith effort to resolve or narrow the issues set forth in Defendants' Assented-to Motion to Enlarge Time to Respond to the Complaint, but the parties were unable to reach agreement.

_____
Joel B. Bard (BBO# 029140)

230481/WAYL/0001

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on ___9/10/04___