UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.   04-11807 MLW

|  |  |
|---|---|
| AT&T WIRELESS SERVICES OF MASSACHUSETTS, INC., d/b/a AT&T WIRELESS, and EASTERN TOWERS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TOWN OF WAYLAND, MASSACHUSETTS, BOARD OF APPEALS of the TOWN OF WAYLAND and JAMES E. GRUMBACH, ERIC B. GOLDBERG, STEVEN FUGARAZZO, LAWRENCE K. GLICK, SUSAN KOFFMAN, SHAUNT SORIAN, ADIA GENNIS, LINDA SEGAL, as they are members and alternate members of the Board, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## SUPPLEMENTAL CORPORATE DISCLOSURE

As a result of a recent acquisition, the name of the plaintiff in this matter has been changed from AT&T Wireless PCS, LLC to New Cingular Wireless PCS LLC ("New Cingular"), a Delaware limited liability company. The parent of New Cingular is Cingular Wireless II, LLC ("Cingular"). Counsel is still seeking information regarding new ownership of this organization and does not have the name of the manager(s) of Cingular or New Cingular.

By its attorneys,

Douglas H. Wilkins BBO #528000
Brian S. Grossman BBO #641159
ANDERSON & KREIGER LLP
43 Thorndike Street
Cambridge, MA 02141
(617) 252-6575

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the above Supplemental Corporate Disclosure upon all counsel of record by mailing copies first-class mail, postage prepaid on this _15_ day of November, 2004.

Joel B. Bard
Patricia Cantor
Kopelman & Paige, P.C.
31 St. James Street
Boston, Massachusetts 02116

_____
Douglas H. Wilkins

att\billericajack\p\CorpDiscl.wpd