UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11807-MLW

| | |
|---|---|
| AT&T WIRELESS SERVICES OF MASSACHUSETTS, INC., d/b/a AT&T WIRELESS, and EASTERN TOWERS, LLC,<br><br>    Plaintiffs<br><br>v.<br><br>TOWN OF WAYLAND, MASSACHUSETTS, BOARD OF APPEALS OF THE TOWN OF WAYLAND and JAMES E. GRUMBACH, ERIC B. GOLDBERG, STEVEN FUGARAZZO, LAWRENCE K. GLICK, SUSAN KOFFMAN, SHAUNT SORIAN, ADIA GENNIS, LINDA SEGAL, as they are members and alternate members of the Board,<br><br>    Defendants | NOTICE OF APPEARANCE |

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as counsel for the Defendants, Town of Wayland, Massachusetts, Board of Appeals of the Town of Wayland, and James E. Grumbach, Eric B. Goldberg, Steven Fugarazzo, Lawrence K. Glick, Susan Koffman, Shaunt Sorian, Adia Gennis, and Linda Segal, as they are members and alternate members of the Board, in the above-captioned matter.

DEFENDANTS
TOWN OF WAYLAND, MASSACHUSETTS, ET AL.

By their attorneys,

/s/ Patricia A. Cantor
Patricia A. Cantor (BBO# 072380)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

240454/WAYL/0083