UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11807-MLW

| | |
|---|---|
| AT&T WIRELESS SERVICES OF MASSACHUSETTS, INC., d/b/a AT&T WIRELESS, and EASTERN TOWERS, LLC,<br><br>    Plaintiffs<br><br>v.<br><br>TOWN OF WAYLAND, MASSACHUSETTS, BOARD OF APPEALS OF THE TOWN OF WAYLAND and JAMES E. GRUMBACH, ERIC B. GOLDBERG, STEVEN FUGARAZZO, LAWRENCE K. GLICK, SUSAN KOFFMAN, SHAUNT SORIAN, ADIA GENNIS, LINDA SEGAL, as they are members and alternate members of the Board,<br><br>    Defendants | NOTICE OF WITHDRAWAL OF APPEARANCE |

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please withdraw my appearance as counsel for the Defendants, Town of Wayland, Massachusetts, Board of Appeals of the Town of Wayland, and James E. Grumbach, Eric B. Goldberg, Steven Fugarazzo, Lawrence K. Glick, Susan Koffman, Shaunt Sorian, Adia Gennis, and Linda Segal, as they are members and alternate members of the Board, in the above-captioned matter.  This withdrawal is accompanied by the notice of Patricia A. Cantor of this firm as counsel for the Defendants.  Joel B. Bard remains as counsel for the Defendants.

                                          DEFENDANTS
                                          TOWN OF WAYLAND, MASSACHUSETTS, ET AL.

                                          By their attorneys,

                                          /s/ Katharine Goree Doyle
                                          Joel B. Bard (BBO# 029140)
                                          Patricia A. Cantor (BBO# 072380)
                                          Kopelman and Paige, P.C.
                                          31 St. James Avenue
                                          Boston, MA 02116
                                          (617) 556-0007