UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11807 MLW

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC and EASTERN TOWERS, LLC,<br>                                    Plaintiffs,<br>v.<br>TOWN OF WAYLAND, MASSACHUSETTS, BOARD OF APPEALS of the TOWN OF WAYLAND and JAMES E. GRUMBACH, ERIC B. GOLDBERG, STEVEN FUGARAZZO, LAWRENCE K. GLICK, SUSAN KOFFMAN, SHAUNT SORIAN, ADIA GENNIS, LINDA SEGAL, as they are members and alternate members of the Board,<br>                                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S CERTIFICATIONS FOR JOINT SCHEDULING CONFERENCE**

Pursuant to the Court's Notice of Scheduling Conference dated January 10, 2005, and pursuant to Local Rule 16.1(D), the plaintiffs submit the attached client certifications (including one faxed certification, which will be replaced by an original as soon as the original is received).

                                                      THE PLAINTIFF,
                                                      By its Attorney,

                                                      Stephen D. Anderson, BBO #018700
                                                      Douglas H. Wilkins, BBO #528000
                                                      Anderson & Kreiger LLP
                                                      43 Thorndike Street
                                                      Cambridge MA 02141
                                                      617-252-6575

Dated: January 25, 2005

CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing on the defendants by mailing copies first-class mail, postage prepaid, to their counsel of record listed below on this 25 day of January, 2005.

Patricia A. Cantor, BBO#072380
Kopelman & Paige LLC
31 St. James Avenue, 7th Floor
Boston MA 02116-4102

_____
Douglas H. Wilkins

AAT/WaylandEasternLit/P/Certif..doc

## **CERTIFICATION**

I certify that New Cingular Wireless' counsel has informed me as follows:

 (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

 (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

For the Plaintiff:

*/s/ Catherine Blue*
Catherine Blue, Esq.
New Cingular Wireless Services
15 East Midland Avenue
Paramus, New Jersey 07652-2936


Dated:  January 17, 2005

9

## CERTIFICATION

I certify that Eastern Towers' counsel has informed me as follows:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


For the Plaintiff:

*[signature]*

Edward T. Moore
HORIZON TOWERS, LLC
EASTERN TOWERS, LLC
8 Doaks Lane
Marblehead, MA 01945


Dated:      January 25, 2005

COPY