UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11807-MLW

| | |
|---|---|
| AT&T WIRELESS SERVICES OF MASSACHUSETTS, INC., d/b/a AT&T WIRELESS, and EASTERN TOWERS, LLC,<br><br>　　　　Plaintiffs<br><br>v.<br><br>TOWN OF WAYLAND, MASSACHUSETTS, BOARD OF APPEALS OF THE TOWN OF WAYLAND and JAMES E. GRUMBACH, ERIC B. GOLDBERG, STEVEN FUGARAZZO, LAWRENCE K. GLICK, SUSAN KOFFMAN, SHAUNT SORIAN, ADIA GENNIS, LINDA SEGAL, as they are members and alternate members of the Board,<br><br>　　　　Defendants | LOCAL RULE 16.1(D)<br>CERTIFICATE OF CONFERRAL |

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and party hereby certify that they have conferred:

(a)　with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)　to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Betsy E. Connolly
Chairman, Board of Selectmen

_____
Chairman, Board of Appeals

_____
Joel B. Bard (BBO #029140)
Patricia A. Cantor (BBO# 072380)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

40787/WAYL/0083

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11807-MLW

| | |
|---|---|
| AT&T WIRELESS SERVICES OF MASSACHUSETTS, INC., d/b/a AT&T WIRELESS, and EASTERN TOWERS, LLC, <br><br>     Plaintiffs <br><br> v. <br><br> TOWN OF WAYLAND, MASSACHUSETTS, BOARD OF APPEALS OF THE TOWN OF WAYLAND and JAMES E. GRUMBACH, ERIC B. GOLDBERG, STEVEN FUGARAZZO, LAWRENCE K. GLICK, SUSAN KOFFMAN, SHAUNT SORIAN, ADIA GENNIS, LINDA SEGAL, as they are members and alternate members of the Board, <br><br>     Defendants | LOCAL RULE 16.1(D) <br> CERTIFICATE OF CONFERRAL |

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and party hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Betsy E. Connolly
Chairman, Board of Selectmen

Chairman, Board of Appeals
James E. Grumbach

Joel B. Bard (BBO #029140)
Patricia A. Cantor (BBO# 072380)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

240787/WAYL/0083