```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


NEW CINGULAR WIRELESS PCS,     )
PPC, et al.,                   )
     Plaintiff                 )
                               )
     v.                        )   C.A. No. 04-11807-MLW
                               )
TOWN OF WAYLAND, et al.,       )
     Defendant.                )
```

                               ORDER

WOLF, D.J.                                      January 27, 2005

    For the reasons described in a telephone conference on January 26, 2005, it is hereby ORDERED that:

    1. Counsel shall consult the parties and report, by February 18, 2005, whether they believe that my recusal is required pursuant to 28 U.S.C. §455(a) or (b) and, in any event, whether, pursuant to 28 U.S.C. §455(e), they wish to waive any ground for disqualification under subsection (a) relating to the matters disclosed.

    2. The parties shall comply with the attached scheduling order.


                                                           /s/ MARK L. WOLF  
                                             UNITED STATES DISTRICT JUDGE