UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11807MLW

AT&T WIRELESS SERVICES OF
MASSACHUSETTS, INC., d/b/a AT&T WIRELESS,
and EASTERN TOWERS, LLC,

    Plaintiffs

v.

TOWN OF WAYLAND, MASSACHUSETTS,
BOARD OF APPEALS OF THE TOWN OF
WAYLAND and JAMES E. GRUMBACH, ERIC B.
GOLDBERG, STEVEN FUGARAZZO, LAWRENCE
K. GLICK, SUSAN KOFFMAN, SHAUNT SORIAN,
ADIA GENNIS, LINDA SEGAL, as they are members
and alternate members of the Board,

    Defendants

<u>DEFENDANTS' REPORT
REGARDING RECUSAL</u>

Defendants, in accordance with the Order of the Court dated January 27, 2005, hereby report that they do not believe that recusal is required under 28 U.S.C. §455(a) or §455(b). In any event, under 28 U.S.C. §455(e), to the extent that there may be ground for disqualification under §455(a), based upon the Court's disclosure, the Defendants waive any ground for disqualification.

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____

DEFENDANTS,

_____
Joel B. Bard (BBO #029140)
Patricia A. Cantor (BBO# 072380)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

242685/WAYL/0083