UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.   04-11807 MLW

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC and EASTERN TOWERS, LLC, Plaintiffs, v. TOWN OF WAYLAND, MASSACHUSETTS, BOARD OF APPEALS of the TOWN OF WAYLAND and JAMES E. GRUMBACH, ERIC B. GOLDBERG, STEVEN FUGARAZZO, LAWRENCE K. GLICK, SUSAN KOFFMAN, SHAUNT SORIAN, ADIA GENNIS, LINDA SEGAL, as they are members and alternate members of the Board, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## PLAINTIFFS' REPORT REGARDING RECUSAL

Pursuant to the Order of the Court dated January 27, 2005, the plaintiffs do not believe that recusal is required under 28 U.S.C. §455(a) or §455(b). If there is any ground for disqualification under §455(a), based upon the Court's disclosure, the plaintiffs waive any ground for disqualification, under 28 U.S.C. §455(e).

The Plaintiffs,
By their Attorneys,

_____
Stephen D. Anderson, Esq. (BBO #018700)
Douglas H. Wilkins, Esq. (BBO #528000)
Brian S. Grossman, Esq.
ANDERSON & KREIGER LLP
43 Thorndike Street
Cambridge, MA 02141
(617) 252-6575

DATE: February 18, 2005

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing on the defendants by electronic mail to their counsel of record listed below on this __18th__ day of February, 2005.

_____
Douglas H. Wilkins, Esq.

Patricia Cantor, Esq.
Kopelman & Paige, LLC
31 St. James St.
Boston, MA 02110

g:\docs\att\waylandeasternlit\p\Rpt re Recusal.doc