```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


NEW CINGULAR WIRELESS PCS,       )
PPC, ET AL.,                     )
          Plaintiff,             )
                                 )
     v.                          )    C.A. No. 04-11807-MLW
                                 )
TOWN OF WAYLAND, ET AL.,         )
          Defendant.             )
```

## ORDER

WOLF, D.J.                                         February 28, 2005

In response to the January 27, 2005 Order, both parties have made submissions stating that they do not believe that my recusal is required by 28 U.S.C. §455(a) or §455(b) and, in any event they waive, pursuant to 18 U.S.C. §455(e), any §455(a) ground for disqualification. I agree with the parties' assessment and accept their waivers. Therefore, I will continue to preside in this case.

```
                                  /S/ MARK L. WOLF
                                 UNITED STATES DISTRICT COURT
```