UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.   04-11807 MLW

|  |  |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC<br>and EASTERN TOWERS, LLC,<br>                          Plaintiffs,<br>v.<br><br>TOWN OF WAYLAND, MASSACHUSETTS,<br>BOARD OF APPEALS of the TOWN OF<br>WAYLAND and JAMES E. GRUMBACH, ERIC B.<br>GOLDBERG, STEVEN FUGARAZZO, LAWRENCE K.<br>GLICK, SUSAN KOFFMAN, SHAUNT SORIAN,<br>ADIA GENNIS, LINDA SEGAL, as they are members<br>and alternate members of the Board,<br>                          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT REPORT REGARDING SETTLEMENT DISCUSSIONS

Pursuant to the Order of the Court dated January 27, 2005, counsel for the plaintiffs and defendants met at the offices of Kopelman & Paige LLC on February 15, 2005, for the purpose of discussing possible settlement of this matter. The parties were not able to settle the matter at that meeting, nor were they able to develop sufficient common ground to devise a strategy for settling the matter on terms acceptable to both sides.

Given the distance between the two sides' positions, the parties will proceed with the litigation at this time. However, they have not finally foreclosed future attempts at settlement, should the prospects improve. In that regard, the defendant Board expects to discuss settlement further in an executive session during a regularly scheduled meeting on March 9, 2005. If that meeting, or any other change in position by the parties, makes settlement likely, the parties are prepared to file a supplemental report, should the Court desire to be informed of such developments.

| | |
|---|---|
| THE PLAINTIFFS,<br>By their Attorneys, | THE DEFENDANTS,<br>By their Attorneys, |
| _/s/ Stephen D. Anderson_<br>Stephen D. Anderson, BBO #018700<br>Douglas H. Wilkins, BBO #528000<br>Anderson & Kreiger LLP<br>43 Thorndike Street<br>Cambridge MA 02141<br>617-252-6575 | _/s/ Patrick Conway_<br>Joel B. Bard, BBO#029140<br>Patricia A. Cantor, BBO#072380<br>Kopelman & Paige LLC<br>31 St. James Avenue, 7th Floor<br>Boston MA 02116-4102 |

DATE: March 1, 2005

### CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing on the defendants by electronic mail to their counsel of record listed below on this __1st__ day of March, 2005.

_____
Douglas H. Wilkins, Esq.

Patricia Cantor, Esq.
Kopelman & Paige, LLC
31 St. James St.
Boston, MA 02110

g:\docs\atf\waylandeasternlit\p\Rpt re Settlementl.doc