UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.   04-11807 MLW

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC and EASTERN TOWERS, LLC,<br>        Plaintiffs,<br>v.<br>TOWN OF WAYLAND, MASSACHUSETTS, BOARD OF APPEALS of the TOWN OF WAYLAND and JAMES E. GRUMBACH, ERIC B. GOLDBERG, STEVEN FUGARAZZO, LAWRENCE K. GLICK, SUSAN KOFFMAN, SHAUNT SORIAN, ADIA GENNIS, LINDA SEGAL, as they are members and alternate members of the Board,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### SECOND JOINT REPORT REGARDING SETTLEMENT DISCUSSIONS

Pursuant to the Order of the Court dated March 7, 2005, counsel for the plaintiffs and defendants have had further discussions regarding mediation and have agreed to attempt mediation as long as it does not delay the litigation. The proviso reflects the assessment that the parties still seem as far apart as before, and pressing the litigation may actually promote understanding and incentives for settlement. Counsel are now discussing possible mediators available through the wireless mediation program established by the industry and the Massachusetts Municipal Association through the Commonwealth of Massachusetts Office of Consumer Affairs. They are also discussing ground rules such as who may be attending a mediation session.

| THE PLAINTIFFS, | THE DEFENDANTS, |
| --- | --- |
| By their Attorneys, | By their Attorneys, |
| *[signature]* | *Patricia Cantor / DW per tel auth* |
| Stephen D. Anderson, BBO #018700 | Joel B. Bard, BBO#029140 |
| Douglas H. Wilkins, BBO #528000 | Patricia A. Cantor, BBO#072380 |
| Anderson & Kreiger LLP | Kopelman & Paige LLC |
| 43 Thorndike Street | 31 St. James Avenue, 7th Floor |
| Cambridge MA 02141 | Boston MA 02116-4102 |
| 617-252-6575 | |

DATE:  March 31, 2005

### CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing on the defendants by electronic mail to their counsel of record listed below on this __31st__ day of March, 2005.

*[signature]*

Douglas H. Wilkins, Esq.

Patricia Cantor, Esq.
Kopelman & Paige, LLC
31 St. James St.
Boston, MA 02110

g:\docs\att\waylandeasternlit\p\Rpt re Settlementl.doc