UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.   04-11807 MLW

| | |
|---|---|
| NEW CINGULAR WIRELESS, PCS, LLC<br>and EASTERN TOWERS, LLC,<br>                            Plaintiffs,<br>v.<br><br>TOWN OF WAYLAND, MASSACHUSETTS,<br>BOARD OF APPEALS of the TOWN OF<br>WAYLAND and JAMES E. GRUMBACH, ERIC B.<br>GOLDBERG, STEVEN FUGARAZZO, LAWRENCE K.<br>GLICK, SUSAN KOFFMAN, SHAUNT SORIAN,<br>ADIA GENNIS, LINDA SEGAL, as they are members<br>and alternate members of the Board,<br>                            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AUTHENTICATION AFFIDAVIT OF BRIAN S. GROSSMAN, ESQ.

I, Brian S. Grossman, Esq., being duly sworn, state as follows:

1. I am co-counsel for the plaintiffs in this matter. I have actively participated on behalf of AT&T Wireless in the proceedings before the Wayland Zoning Board of Appeals regarding proposed wireless communications facilities at 135 and 137 Boston Post Road in Wayland. I am a member of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts, having been so admitted on December 15, 1998. I was admitted to the bar of this Court on January 23, 2003 .

2. I submit this affidavit in connection with the plaintiffs' motion for a preliminary injunction in this matter. I have personal knowledge of the facts set forth herein, based upon my participation as counsel.

3. Attached as Exhibit 1 is a true copy of a letter dated November 17, 2004 from Town Counsel, Mark J. Lanza to Edward D. Pare, Jr., Esq., which I received from Edward D. Pare, Jr. Esq. in my capacity as attorney for AT&T Wireless concerning the application for a wireless communications tower at 135 Boston Post Road. I was present when a copy of Exhibit 1 was submitted to the Board of Appeals at a hearing held on December 14, 2004, before the Board of Appeals, in connection with that application.

4. Attached as Exhibit 2 is a true copy of the Transcript of the hearing held on December 14, 2004 before the Wayland Zoning Board of Appeals regarding the application for a wireless communications tower at 135 Boston Post Road.

5. Attached as Exhibit 3 is a certified copy of the Decision of the Wayland Board of Appeals in matter no. 03-34 (the application of Sprint Spectrum, L.P dba Sprint PCS and AT&T Wireless PCS, LLC regarding the proposed wireless tower at 135 Boston Post Road), which I caused to be obtained from the Wayland Town Clerk's office.

Signed under the Penalties of Perjury<br>
This 15th day of April 2005,<br>
<br>
Brian S. Grossman, Esq. (BBO # 641159)<br>
ANDERSON & KREIGER LLP<br>
43 Thorndike Street<br>
Cambridge, MA 02141<br>
(617) 252-6575

Dated: April 15, 2005

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing on the defendants by causing a copy to be mailed to their counsel of record listed below on this 15<sup>r</sup> day of April, 2005.

Douglas H. Wilkins

g:\docs\att\waylandeasternlit\p\BSGAff.doc