

# TOWN OF WAYLAND
## MASSACHUSETTS
## 01778

TOWN BUILDING
41 COCHITUATE ROAD
TEL. (508) 358-7701
www.wayland.ma.us

November 17, 2004

Edward D. Pare, Jr., Esq.
Brown Rudnick Berlack Israels, LLP
121 South Main Street
Providence, Rhode Island 02903

RE: Sprint Spectrum L.P. d/b/a Sprint PCS's Proposed Wireless Communications Facility Installation at Boston Edison Company Utility Stanchion #131, off Plain Road, Wayland, Massachusetts

Dear Mr. Pare:

At its November 8, 2004 meeting, the Board of Selectmen reviewed and discussed Sprint PCS's ("Sprint") request that the Town of Wayland consent to Sprint's application to the Board of Appeals ("ZBA") for zoning relief for the above-referenced installation. As stated in your letter to the Board dated October 28, 2004, the Town's consent to Sprint's application is necessary because Sprint proposes to use the parcel of Town-owned land shown as Lot 93A on Assessors Map 25 for access, utilities and equipment cabinets in connection with Sprint's proposed installation. After considering Sprint's request, the Board voted not to consent to Sprint's application to the ZBA.

The Board felt that the location of a wireless communications facility in relatively close proximity to several residences would be inconsistent with the intent and purpose of the Town's Wireless Communications (Overlay) Service District ("WCSD") as set forth in the Town's Zoning By-Laws. The Board encourages Sprint to find a location for its proposed facility in the WCSD. If Sprint finds a location in the WCSD, the Board stands ready to work with Sprint in that regard.

Thank you for your attention to this matter.

Very truly yours,

Mark J. Lanza
Town Counsel

MJL/ms
cc Board of Appeals
    Board of Selectmen