UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
2004-cv-11807-MLW

---

NEW CINGULAR WIRELESS, PCS, LLC and EASTERN TOWERS, LLC,
Plaintiffs,

v.

TOWN OF WAYLAND, MASSACHUSETTS,
BOARD OF APPEALS of the TOWN OF WAYLAND and
JAMES E. GRUMBACH, ERIC B. GOLDBERG, STEVEN FUGARAZZO, LAWRENCE
K. GLICK, SUSAN KOFFMAN, SHAUNT H. SARIAN,
ADIA GENNIS, LINDA SEGAL,
as they are members and alternate members of the Board,
Defendants.

---

### ABSENTEE PARTIES' REQUEST FOR ENLARGEMENT OF TIME

Absentee parties/parties to be joined Stewart J. Smith and Kimberley Hill Woods request an enlargement of time from Tuesday, July 5, 2005 to Wednesday, July 13, 2005 to respond to Plaintiffs' Opposition to Relief Sought in the "Notice of Interest and Demand to Be Joined as Parties-Defendant" [Docket No. 44] ("Plaintiffs' Opposition") and Plaintiffs' Motion to Strike "Notice of Interest and Demand to Be Joined as Parties-Defendant" or, in the Alternative, Opposition Thereto [Docket No. 46] ("Plaintiffs' Motion to Strike").

A single response is anticipated as Plaintiffs' Opposition has now been incorporated by reference in Plaintiffs' Motion to Strike. Absentee parties Smith and Woods are not presently parties to this action. They have, however, provided notice [Docket No. 42] that they contend it is now this court's obligation pursuant to Fed. R. Civ. P. 19 to make inquiry and to join them as parties-defendant in this action or to dismiss this action since the plaintiffs have declined or refused to join them as parties needed for just adjudication and have, in addition, failed to

## CERTIFICATE OF SERVICE

I hereby certify under the penalties of perjury that I served

ABSENTEE PARTIES' REQUEST FOR ENLARGEMENT OF TIME

by mailing copies thereof on July 5, 2005 by United States Postal Service, first-class mail, postage prepaid, to the following addresses:

Brian Scott Grossman, Esq.
Douglas H. Wilkins, Esq.
Stephen D. Anderson, Esq.
Anderson & Kreiger, LLP
The Bulfinch Building
47 Thorndike Street
Cambridge, MA 02141

Joel B. Bard, Esq.
Patricia A. Cantor, Esq.
Kopelman & Paige, PC
31 St. James Avenue
Boston, MA 02116

Edward J. Collins