UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11807-MLW

| | |
|---|---|
| AT&T WIRELESS SERVICES OF MASSACHUSETTS, INC., d/b/a AT&T WIRELESS, and EASTERN TOWERS, LLC,<br><br>    Plaintiffs<br><br>v.<br><br>TOWN OF WAYLAND, MASSACHUSETTS, BOARD OF APPEALS OF THE TOWN OF WAYLAND and JAMES E. GRUMBACH, ERIC B. GOLDBERG, STEVEN FUGARAZZO, LAWRENCE K. GLICK, SUSAN KOFFMAN, SHAUNT SORIAN, ADIA GENNIS, LINDA SEGAL, as they are members and alternate members of the Board,<br><br>    Defendants | JOINT MOTION TO ENLARGE TIME IN ACCORDANCE WITH SECOND AMENDMENT TO ESCROW AGREEMENT |

    The parties hereby move that the time for Defendants to respond to the Plaintiffs' "Motion for an Argument on the Merits and Judgment in Their Favor on Count II (Substantial Evidence)" ("Substantial Evidence Motion") and "Motion for Preliminary Injunction" (collectively, "Plaintiffs' Motions") be further enlarged until August 15, 2005, as provided for in the Second Amendment to the Escrow Agreement executed by the parties through counsel on July 22, 2005.

    As grounds for this Motion, the parties rely on the following:

    1.    This case is an appeal under the Telecommunications Act of 1996, 47 U.S.C. §332(c)(7), from the decision by the Board of Appeals to deny zoning permits for a 120-foot-high telecommunications facility at 137 Boston Post Road, Wayland, Massachusetts.

2. The parties have, through mediation and negotiation, executed an Agreement for Judgment, which includes a proposed form of Judgment.

3. As part of the Agreement for Judgment, the parties have executed an Escrow Agreement, which provides that certain actions are to be taken by the parties prior to the Agreement for Judgment being filed with the Court.

4. Due to developments in implementing the Escrow Agreement, the parties have executed two amendments to the Escrow Agreement.

5. Under the Second Amendment to the Escrow Agreement, those actions are anticipated to occur after August 1, 2005 and before August 15, 2005.

6. Under the Second Amendment to the Escrow Agreement, the parties have agreed to file this motion with the Court.

WHEREFORE, the parties request that the time for Defendants it to respond to Plaintiffs' Motions be enlarged to August 15, 2005.

DEFENDANTS

By their attorneys,

/s/ Joel B. Bard
Joel B. Bard (BBO# 029140)
Patricia A. Cantor (BBO# 072380)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

PLAINTIFFS
By their attorneys,

/s/ Douglas H. Wilkins
Stephen D. Anderson (BBO#018700)
Douglas H. Wilkins (BBO#528000)
Anderson & Krieger LLP
43 Thorndike Street
Cambridge, MA 02141
(617) 252-6575

249557v7/WAYL/0083