# EXHIBIT B

## Notice of Determination Under M.G.L. c. 40, §§15 and 15A

    Pursuant to M.G.L. c. 40 §§15 and 15A, the undersigned Board of Water Commissioners of the Town of Wayland, being the custodian and board in charge of the land owned by the Town of Wayland located at 139 Old Connecticut Path and 0 Old Connecticut Path, Wayland, MA, and shown on Wayland Assessor's Map 34 as Parcels 026, 026A and 27 (the "Property"), hereby declare by a majority vote of its members that (i) the Property is no longer needed exclusively for the purpose(s) for which it was acquired, (ii) that an area of land comprising up to 4,000 square feet of the Property, together with access and utility easements related thereto substantially as shown on [insert reference to plan or sketch], may be transferred, subject to approval by Town Meeting, to the Board of Selectmen for the purposes of leasing such land to a company or companies which provide wireless communications services, and (iii) the portion of such land shown on the sketch plan attached hereto is an acceptable location for the placement of such facilities (the "Proposed Leased Area"),

                              TOWN OF WAYLAND
                              BOARD OF WATER COMMISSIONERS

                              _____

                              _____

                              _____

DATE: _____