<u>**EXHIBIT C**</u>

<u>**Warrant Article Authorizing the Transfer and Lease of a Portion of Reeves Hill Property and the Conveyance of Utility Easements for Wireless Communications Purposes**</u>

**TRANSFER AND LEASE WATER DEPARTMENT LAND, AND CONVEY RELATED ACCESS AND UTILITY EASEMENTS, TO ONE OR MORE WIRELESS COMMUNICATIONS COMPANIES**

*Proposed by: Board of Selectmen*

To determine whether the Town will vote:

(a) to instruct the Board of Water Commissioners, with the approval of Town Counsel as to form, to transfer the care, custody, management and control of all or any portion of the parcels of land and the structures thereon on and off Old Connecticut Path (East) shown as Parcels 26, 26A and 27 on Assessors Map 34 (the "Property") to the Board of Selectmen for the purpose of (i) leasing, as lessor, all or any portion of said land and structures to a company or companies which provide wireless communications services; and (ii) conveying a non-exclusive easement or easements for access, egress, and electric and telephone utilities on, in, over and under the Property to a company or companies which provide wireless communications services or public utilities relating thereto;

(b) to authorize the Board of Selectmen, with the approval of Town Counsel as to form, to lease, as lessor, a portion of the Property to a company or companies which provide wireless communications services; and

(c) to authorize the Board of Selectmen, with the approval of Town Counsel as to form, to convey a non-exclusive easement or easements for access, egress, and electric and telephone utilities on, in, over and under the Property to a company or companies which provide wireless communications services for the purpose of locating, relocating, erecting, constructing, reconstructing, installing, operating, maintaining, patrolling, inspecting, repairing, replacing, altering, extending and/or removing one or more overhead and/or underground telecommunications cables and lines for communication and/or electricity and any necessary transformers, manholes, hand holds, equipment, poles, wires, anchors, guys, braces, conduits, appurtenances and attachments incidental thereto to serve the needs of the Town and its present and future lessees on said land, upon terms and conditions as the Board of Selectmen deems appropriate.

**QUANTUM OF VOTE:** a-c) Two-thirds – see Massachusetts General Laws Chapter 40, Sections 15, 15A.

See map at Appendix ___.